IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANN MARIE WHEELER, INDIVIDUALLY
AND AS SPECIAL ADMINISRATRIX OF
THE ESTATE OF YOLANDA JO WHEELER,
DECEASED                                                                    PLAINTIFF

v.                              CASE NO. 3:06-CV-00068 GTE

JOSHUA R. CARLTON AND
MARTEN TRANSPORT, LTD.                                           DEFENDANTS

### ORDER

Presently before the Court is the Plaintiff's Oral Motion for Leave to File a Reply to Defendants' Response to Plaintiff's Amended and Substituted Motion for Leave to Amend Complaint (Docket #29). Plaintiff has requested an allowance to file this response on or before October 12, 2006.

IT IS THEREFORE ORDERED that the Plaintiff's Oral Motion for Leave to File a Reply to Defendants' Response to Plaintiff's Amended and Substituted Motion for Leave to Amend Complaint be, and it is hereby, GRANTED. Plaintiff has up to and including October 12, 2006 to reply to Defendants' Response to Plaintiff's Amended and Substituted Motion for Leave to Amend Complaint .

Dated this 10th day of October, 2006.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE