IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANN MARIE WHEELER, INDIVIDUALLY
AND AS SPECIAL ADMINISRATRIX OF
THE ESTATE OF YOLANDA JO WHEELER,
DECEASED                                                                                          PLAINTIFF

v.                                    CASE NO. 3:06-CV-00068 GTE

JOSHUA R. CARLTON AND
MARTEN TRANSPORT, LTD.                                                                DEFENDANTS

## ORDER

The counterclaim in this case, having been compromised and settled, is by consent of the parties dismissed.  The settlement reached is as to the counterclaim only, and not as to the original action of Ann Marie Wheeler.

IT IS THEREFORE ORDERED that the Counterclaim of Joshua R. Carlton and Marten Transport shall be, and is hereby, dismissed.

Dated this 6th day of November, 2006.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE