IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANN MARIE WHEELER, INDIVIDUALLY
AND AS SPECIAL ADMINISRATRIX OF
THE ESTATE OF YOLANDA JO WHEELER,
DECEASED                                                                                         PLAINTIFF

v.                              CASE NO. 3:06-CV-00068 GTE

JOSHUA R. CARLTON AND
MARTEN TRANSPORT, LTD.                                                              DEFENDANTS

## JUDGMENT

Pursuant to the jury's finding, rendered on February 12, 2007, in favor of Defendants, and the Order of The Honorable Garnett Thomas Eisele on January 4, 2007, on Defendant Marten Transport Ltd.'s Motion for Summary Judgment, (Docket No. 55),

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendants and against Plaintiffs.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 20th day of February, 2007.

                                                                /s/Garnett Thomas Eisele_____
                                                                UNITED STATES DISTRICT JUDGE